UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH V. KAPUSTA | : | NO.: 3:02CV261 (DJS) |
| | : | |
| v. | : | |
| | : | |
| EUGENE A. COPPOLA, Individually and | : | |
| in his Official Capacity as Superintendent | : | |
| of Schools; MICHAEL MUDRY, Individually | : | |
| and the BOARD OF EDUCATION FOR | : | |
| THE TOWN OF SEYMOUR | : | OCTOBER 27, 2003 |

## APPEARANCE

Please enter the appearance of Alexandria L. Voccio, as attorney for the defendants, **Eugene A. Coppola, Individually and in his Official Capacity as Superintendent of Schools; Michael Mudry, Individually and the Board of Education for the Town of Seymour** in addition to the appearances already on file by this firm.

        DEFENDANTS,
        EUGENE A. COPPOLA, Individually and in his Official Capacity as Superintendent of Schools; MICHAEL MUDRY, Individually and the BOARD OF EDUCATION FOR THE TOWN OF SEYMOUR

        /s/ Alexandria L. Voccio_____
           Alexandria L. Voccio
           ct21792
           Howd & Ludorf
           65 Wethersfield Avenue
           Hartford, CT  06114
           Phone (860) 249-1361
           Fax   (860) 249-7665
           E-Mail:  avoccio@hl-law.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. mail to the following counsel of record this 27th day of October, 2003.

Kathleen Eldergill, Esquire
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT  06040

Nicholas J. Grello, Esquire
Siegel, O'Connor, Schiff & Zangari, P.C.
171 Orange Street
P.O. Box 906
New Haven, CT  06504

                                             /s/ Alexandria L. Voccio_____
                                             Alexandria L. Voccio