UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JOSEPH V. KAPUSTA**<br>　　　Plaintiff | : |
| v. | : CIVIL NO.: 3:02cv261(DJS) |
| **EUGENE A. COPPOLA, ET AL**<br>　　　Defendants | : |

**ORDER**

The Plaintiff's Motion for Order Compelling Discovery (Doc. #20) is hereby **GRANTED.** Access to the personnel files is limited to counsel only. All originals and copies shall be returned to Defendants at the conclusion of this litigation.

　**IT IS SO ORDERED**.

　Dated at Hartford, Connecticut, this ___6th___ day of November, 2003.

　　　　　　　　　　　　　　　　　　/s/DJS
　　　　　　　　　　　　　　　　　　Dominic J. Squatrito
　　　　　　　　　　　　　　　　　　United States District Judge