

FILED

2003 NOV 19  P 2: 28

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH V. KAPUSTA | : Case No. 302CV261 (DJS) |
| Plaintiff | : |
| | : |
| v. | : |
| | : |
| EUGENE A. COPPOLA, et al. | : |
| Defendant | : NOVEMBER 17, 2003 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure and Rule 6(b) of the Federal Rules of Civil Procedure, the Plaintiff, Joseph V. Kapusta, hereby moves for a 30 day extension of time, up to and including December 30, 2003 to file his responses to Defendants' First Set of Interrogatories and Requests for Production dated October 31, 2003.

In support of this motion, the undersigned states:

1. The Defendants filed 24 Interrogatories and 14 Requests for Production and additional time is needed to properly respond to the Defendants' request.

2. The undersigned represents that counsel for the Defendants, Alexandria L. Voccio, does not oppose this request.

3. This is the first such Motion filed by this Plaintiff.



GRANTED.

DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE

12/1/03

2003 DEC -1    P 4: 43

US DISTRICT COURT
HARTFORD CT

LAW OFFICES
**BECK AND ELDERGILL, P.C.**
447 Center Street • Manchester, CT 06040 • (860)646-5606 • Juris No. 02702

PLAINTIFF

By_____
          Kathleen Eldergill     ct00024

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following counsel of record this 18th day of November, 2003:

David S. Monastersky
Thomas R. Gerarde
Alexandria L. Voccio
Howd & Ludorf
65 Wethersfield Ave
Hartford, CT 06114

_____
Kathleen Eldergill

Kapusta\ExtD&P11-03.pld