UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH V. KAPUSTA | : | Case No. 302 CV 261 DJS |
|     Plaintiff | : | |
| v. | : | |
| EUGENE A. COPPOLA individually | : | |
| and in his official capacity as | : | |
| Superintendent of Schools; | : | |
| MICHAEL MUDRY, individually and the | : | |
| BOARD OF EDUCATION FOR THE | : | |
| TOWN OF SEYMOUR | : | |
|     Defendants | : | MARCH 22, 2004 |

**PLAINTIFF'S PROPOSED**
**JURY INTERROGATORIES AND VERDICT FORM**

**I.  FIRST CLAIM: VIOLATION OF 42 U.S.C. SECTION 1983, FIRST AMENDMENT**

    1. Do you find that any of the Defendants has violated the Plaintiff's first amendment rights, as I have explained that claim to you?

    Yes_____ (Verdict for the Plaintiff)

    No _____ (Verdict for the Defendant)

If the answer to question 1 is **yes**, answer question 5 below concerning **compensatory damages.**

    2. Did either the Defendant Michael Mudry or the Defendant Eugene Coppola act with a malicious intent to violate the Plaintiff's rights or unlawfully injure him or with a callous or reckless disregard of the Plaintiff's rights?

    Yes

    No

If the answer to question 2 is **yes,** answer question 6 below concerning **punitive damages**.

1

## II.  SECOND CLAIM: VIOLATION OF 42 U.S.C. SECTION 1983, EQUAL PROTECTION

3. Do you find any of the Defendants violated the Plaintiff's right to equal protection of the laws, as I have explained that claim to you?

      Yes  _____  (Verdict for the Plaintiff)

      No  _____  (Verdict for the Defendant)

If the answer to question 3 is **yes**, answer question 5 below concerning **compensatory damages.**

4. Did either the Defendant Michael Mudry or the Defendant Eugene Coppola act with a malicious intent to violate the Plaintiff's rights or unlawfully injure him or with a callous or reckless disregard of the Plaintiff's rights?

      Yes

      No

If the answer to question 4 is **yes**, answer question 6 below concerning **punitive damages**.

## III.  TOTAL AWARD

5. **COMPENSATORY DAMAGES:**  If you have found that the Plaintiff is entitled to damages, indicate below the amount of fair, just and reasonable damages which you award, keeping in mind my instruction on double recovery.

| | |
|---|---|
| Against Michael Mudry | $ |
| Against Eugene Coppola | $ |
| Against Seymour Board of Education | $ |
| Total award | $ |

2

      6. **PUNITIVE DAMAGES:** If you have decided to award the Plaintiff punitive damages, what is your total award of punitive damages for the Plaintiff, keeping in mind my instruction on double recovery.

      Against Michael Mudry                $

      Against Eugene Coppola            $

          Total award                   $

_____
                                  Foreperson

Kapusta\Verd03-04.pld

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing has been hand delivered on this 22nd day of March, 2004 to:

      Alexandria L. Voccio
      Howd & Ludorf
      65 Wethersfield Ave
      Hartford, CT 06114

                                Kathleen Eldergill Kapusta\ReqChrg03-04.pld