**CONFIDENTIAL JURY QUESTIONNAIRE**

1. Name:_____ Age:____ Sex:____ Marital Status:

2. Do/did you have children?   Yes___ No___   (If no, move to #3.)

    If Yes, give age(s) and indicate whether they are male or female:

    Do/did your children play sports?

    Have any of your children's coaches ever been accused of inappropriate contact with a student?  Yes___ No

    If yes, describe:

3. Have you, or anyone close to you, ever coached youth sports?

    If yes, describe:

4. As a coach, have you, or anyone close to you, ever been accused of inappropriate contact with a student?    Yes___ No

    If yes, describe:

5. Have you or anyone close to you ever experienced retaliation as a result of making a complaint in the course of your employment?  Yes___ No

Please explain:

6.     A. Please indicate the level of education you have receive:
       [ ] Grade school or less         [ ] Some college
       [ ] Some high school             [ ] College graduate
       [ ] High school graduate         [ ] Post graduate
       [ ] Technical/vocational school

       B. If you received any education beyond high school, please indicate your major course of study:

7.     A. Current employer:

1

    B. Current position and job duties (describe briefly):

8. Occupation of spouse, significant other, or of other adults (including your children) living in your household:

9. Have you or anyone close to you ever filed a lawsuit?  Yes___  No

If yes, for what reason?

In your opinion, was the lawsuit resolved satisfactorily? Explain.

10. Have you or anyone close to you ever been sued?  Yes___  No

If yes, for what reason?

In your opinion, was the lawsuit resolved satisfactorily?Explain.

11. Generally, do you think there should be limitations on a person's right to bring a lawsuit?  Yes___  No

Please explain:

12. Do you think that a person should be able to seek compensation for emotional harm caused by someone else's wrongdoing?  Yes___  No

Please explain:

13. Is there any reason you can think of that you would prefer not to sit as a juror on this case?  Please explain: