UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH V. KAPUSTA | : | NO.: 3:02CV261 (DJS) |
| | : | |
| v. | : | |
| | : | |
| EUGENE A. COPPOLA, Individually and in his Official Capacity as Superintendent of Schools; MICHAEL MUDRY, Individually and the BOARD OF EDUCATION FOR THE TOWN OF SEYMOUR | : | |

**DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS**

The defendants request that each of the prospective jurors be required to identify themselves, giving their number, name, address, occupation, employer, their spouse's name, their spouse's occupation and employer, whether they have any children, and if so, their children's ages.

In addition, the defendants request that each prospective juror respond to the following questions outside the presence of the panel, thereby avoiding the hazard of prejudicial statements unfairly influencing the entire panel:

1. Have you or any member of your family or friends ever been represented by, socially acquainted with or related to any of the attorneys involved in this action? If so, state when you were represented by the attorney and in what type of matter, or the nature of the relationship with the attorney.

2. Do you or any members of your family or friends know the plaintiff or any members of his family?

3. Have you or any member of your family or close friends ever been employed by a board of education? If so, describe the nature of that work.

4. Do you or any members of your family or friends know any of the individuals who are expected to testify as witnesses in this case or any of the organizations with which the witnesses are associated?

5. Have you or any member of your family ever been involved in civil litigation either as a plaintiff or as a defendant?

6. Have you ever testified as a witness in a lawsuit? If so, describe the circumstances.

7. Do you own a home?

8. Do you feel that you or any member of your family have ever been retaliated against for what you perceived as a violation of your or their First Amendment rights? If so, describe the circumstances.

9. Do you feel that you or any member of your family have ever been discriminated against during the course of employment? If so, describe the circumstances?

10. Have you or any member of your family ever been accused of retaliation or discrimination? If so, describe the circumstances.

11. Are you or any member of your immediate family affiliated with a labor union?

12. Have you or any member of your immediate family ever lost a job? If so,

describe the circumstances.

13. Have you ever been in a position to make decisions regarding whether to hire or terminate an employee? If so, how did you feel about that responsibility?

14. Have you or any member of your family or close friends ever coached youth sports? If so, describe the nature of that work.

15. Do you have any children who are, or in the past were, involved in school sports?

16. Have you or your children ever had any disputes with your child's teachers or coaches or with the school? If so, describe the circumstances.

17. Is there any reason why you could not or would not treat a public official or a municipal entity, such as a board of education, which is a defendant in this case, as fairly, impartially and justly as you would treat any individual?

18. Is there any reason whatsoever why you would prefer not to sit on this case?

DEFENDANTS,
EUGENE A. COPPOLA, Individually and in his Official Capacity as Superintendent of Schools; MICHAEL MUDRY, Individually, and the BOARD OF EDUCATION FOR THE TOWN OF SEYMOUR


By  /s/ Alexandria L. Voccio
   Alexandria L. Voccio
   ct21792
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT  06114
   Phone (860) 249-1361
   Fax   (860) 249-7665
   E-Mail: avoccio@hl-law.com


## **CERTIFICATION**

This is to certify that a copy of the foregoing has been hand-delivered to the following counsel of record this 22nd day of March, 2004.

Kathleen Eldergill, Esquire
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT  06040


   /s/ Alexandria L. Voccio
   Alexandria L. Voccio
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361