UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH V. KAPUSTA | : | NO.: 3:02CV261 (DJS) |
| | : | |
| v. | : | |
| | : | |
| EUGENE A. COPPOLA, Individually and | : | |
| in his Official Capacity as Superintendent | : | |
| of Schools; MICHAEL MUDRY, Individually | : | |
| and the BOARD OF EDUCATION FOR | : | |
| THE TOWN OF SEYMOUR | : | APRIL 16, 2004 |

## STIPULATION OF DISMISSAL

Pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate that this matter may be dismissed, with prejudice and without costs to either party.

Plaintiff                                                                                  Defendant


By/s/Kathleen Eldergill                                         By/s/Alexandria L. Voccio
   Kathleen Eldergill                                                 Alexandria L. Voccio
   Juris No. ct00024                                                 Juris No. ct21792


Kapusta/Stip04-04.pld

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. mail to the following counsel of record this 20th day of April, 2004.

Kathleen Eldergill, Esquire
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT  06040

Nicholas J. Grello, Esquire
Siegel, O'Connor, Schiff & Zangari, P.C.
171 Orange Street
P.O. Box 906
New Haven, CT  06504

                                      /s/Alexandria L. Voccio
                                      Alexandria L. Voccio