UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JOSEPH V. KAPUSTA** <br>     **Plaintiff** | : |
| v. | : CIVIL NO.: 3:02cv261(DJS) |
| **EUGENE A. COPPOLA, ET AL** <br>     **Defendants** | : |

**ORDER**

The Stipulation of Dismissal (Doc. #32) is hereby **GRANTED. The Clerk shall close this case.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this ___26th___ day of April, 2004.


    /s/DJS_____
Dominic J. Squatrito
United States District Judge